SEALED

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| United States of America | ) |
|---|---|
| v. | ) Case No. 2:12MJ226 |
| Montell Valentino Williams | ) |
| *Defendant* | ) |

FILED 2012 AUG 27 PM 1:45

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Montell Valentino Williams,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information X Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Sex Trafficking by Force, Fraud or Coercion in violation of 18 U.S.C. § 1591.

Date: Aug 20, 2012

S/Andrew P. Rodovich
*Issuing officer's signature*

City and state: Hammond, Indiana

Andrew P. Rodovich
*Printed name and title*

### Return

This warrant was received on *(date)* 8/20/2012, and the person was arrested on *(date)* 8/20/2012
at *(city and state)* GARY, INDIANA.

Date: 8/24/2012

*Arresting officer's signature*

SPECIAL AGENT BRIAN R. KELEHER, FBI
*Printed name and title*

12