UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>V.<br><br>MONTELL VALENTINO WILLIAMS<br>Defendant | Case No: 2:12-CR-144 RL-APR |

## MOTION FOR LEAVE
### TO FILE A NOTICE OF APPEAL AFTER TIME HAS EXPIRED PURSUANT TO RULE 4(b)(1) OF THE FEDERAL RULES OF APPELLANT PROCEDURE

Now comes Montell Valentino Williams, the Defendant in a Pro Se filing who request the court to grant leave to file a notice of appeal after the time has expired to file a Notice of Appeal pursuant to Rule 4(b)(1) of the F.R.A.P. (See supporting Declaration of facts)

Date September 5, 2013

Montell Valentino Williams
Metropolitan Correctional Center
71 Van Buren Street
Chicago, IL 60605

1