UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA )  Case No: 2:12-CR-144 RL-APR
     Plaintiff )
 )
 )  -FILED-
V )  SEP 23 2013
 )  At ROBERT N. TRGOVICH, Clerk
 )  U.S. DISTRICT COURT
MONTELL VALENTINO WILLIAMS )  NORTHERN DISTRICT OF INDIANA
     Defendant

NOTICE OF APPEAL OF JUDGMENT OF CONVICTION
ENTERED ON JULY 19, 2013

Now comes Montell Valentino Williams, the Defendant in a Pro Se filing who enters this Notice of Appeal of the Judgment of Conviction entered on July 19, 2013. Montell Valentino Williams was denied effective assistance of counsel in violation of the 6th Amendment of the Constitution of the United States which guarantees the right to effective assistance of Counsel in all criminal prosecutions. The Defendant humbly request appeals counsel be assigned.

Date September 5, 2013

Montell Williams

Montell Valentino Williams
Metropolitan Correctional Center
71 Van Buren Street Chicago, IL 60605

1

## CERTIFICATE OF SERVICE

Montell Valentino Williams certifies that the foregoing document(s) have been sent by U.S mail to the following Parties:

1. The United States District Clerk of Courts
2. Judge Rudy Lozano
3. Prosecutor Jill Rochelle Koster (suite 1500)

All located at 5400 Federal Plaza Suite (Various) Hammond, IN 46320

Date September 5, 2013

Montell Valentino Williams

Randell Williams 19365-027
7 W. Van Buren
Chicago, IL 60605
Metropolitan Correctional Center

Office Of The Clerk
United States District Court
5400 Federal Plaza
Hammond, Indiana 46320