## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

Submitted June 25, 2014
Decided July 7, 2014

*Before*

RICHARD A. POSNER, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| No.: 13-3094 | UNITED STATES OF AMERICA,<br> Plaintiff - Appellee<br><br>v.<br><br>MONTELL V. WILLIAMS,<br> Defendant - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 2:12-cr-00144-RL-APR-1<br>Northern District of Indiana, Hammond Division<br>District Judge Rudy Lozano | |

The following is before the court: **JOINT STATEMENT OF POSITION,** filed on June 12, 2014, by counsel for the parties.

Appellant Montel Williams and the government have filed a joint statement of position seeking a remand for reconsideration of two conditions of supervised release in light of *United States v. Siegel*, --- F.3d ---, 2014 WL 2210762 (7th Cir. May 29, 2014). Williams filed an opening brief challenging only two conditions of supervised release that were among the conditions challenged in *Siegel* - the condition prohibiting him from consuming "mood altering substances" and the condition that he pay all or part of the costs of a mental health treatment program in an amount "not to exceed the sliding fee scale as established by the Department of Health and Human Services and adopted by this Court." The government agrees that the special conditions Williams challenges on appeal are identical or substantially similar to the special conditions vacated as inappropriate or inadequately defined by this court in *Siegel*. **IT IS ORDERED** that the case is **REMANDED** for reconsideration of the challenged conditions of supervised release in light of our decision in *Siegel*.

form name: **c7_Order_3J**(form ID: **177**)