**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:12-CR-144 |
| ) | |
| MONTELL V. WILLIAMS ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on the mandate that was issued by the United States Court of Appeals for the Seventh Circuit on July 29, 2014. Following a joint request by the Government and Defendant's appellate counsel, the court ordered the case remanded for reconsideration of the challenged conditions of supervised release in light of the ruling in *United States v. Siegel*, 753 F.3d 705 (7th Cir. 2014). It appears as though Defendant is unrepresented by counsel at this time. The Court refers this matter to Magistrate Judge Andrew P. Rodovich for purposes of appointing Defendant counsel.

**DATED: April 1, 2015**                    **/s/RUDY LOZANO, Judge
                                            United States District Court**