**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

**UNITED STATES OF AMERICA**

       **Plaintiff,**

**v.**                        **CASE NUMBER:  2:12-CR-144**

**MONTELL WILLIAMS**

       **Defendant.**


**MOTION TO VACATE DEADLINE TO FILE A RESPONSE**
**TO THE REVISED PRESENTENCE INVESTIGATION REPORT**

Comes now the defendant, by counsel, and moves the Court to vacate the deadline for the parties to file a written response to the revised draft of the Presentence Investigation Report filed on February 18, 2016. In support of this motion, the defendant would show the following:

1.      That on February 18, 2016, the United States Probation Office filed a revised draft of the Presentence Investigation Report (hereinafter:  PSR).  [DE 92].

2.      That on March 3, 2016, the defendant filed a Motion for Extension of Time to File a Response to the Presentence Investigation Report.  [DE 93].  On March 7, 2016, this Court granted the Motion for Extension of Time to File a Response to the Presentence Investigation Report.  The new deadline for the parties to file a response is March 18, 2016. [DE 94].

3.    On March 17, 2016, the defendant filed a Motion for Full Resentencing. [DE 95].  In this Motion, the defendant requested that this Court allow the defendant to challenge matters beyond the specific conditions of supervised release that were addressed by the Court of Appeals in its Order dated July 7, 2014.  Specifically, the defendant has requested and instructed the undersigned counsel to challenge and file objections relating to other enhancements within the Presentence Investigation Report.

4.    The Court ordered the government to respond to the defendant's Motion for Full Resentencing by April 18, 2016.  [DE 96].

5.    Until this Court rules on the Defendant's Motion for Full Resentencing [DE 95], the parties will not be able to effectively and accurately respond and object to the revised draft of the Presentence Investigation Report.  By granting a stay and vacating the deadline, the Court will potentially eliminate the need for the U.S. Probation Office to resolve objections that may become moot depending upon how this Court rules on the defendant's Motion for a Full Resentencing.  After ruling, this Court will be able to promptly establish a new deadline for objections that is consistent with the parameters of the Court's resolution of the defendant's motion.

Wherefore, the defendant, by counsel, requests that the Court vacate the March 18, 2016 deadline for the parties to file a response to the revised draft of the Presentence Investigation Report.

Respectfully submitted,

Northern District of Indiana
Federal Community Defenders, Inc.

By:    s/ Jerome T. Flynn
        Jerome T. Flynn
        31 East Sibley Street
        Hammond, IN   46320
        Phone:  (219) 937-8020
        Fax:  (219) 937-8021

## CERTIFICATE OF SERVICE

I hereby certify that, on  March 18, 2016 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jill Rochelle Koster - AUSA
Jill.Koster@usdoj.gov


 s / Jerome T. Flynn

3