# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:12-CR-144 |
| ) | |
| MONTELL V. WILLIAMS ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Motion for Full Resentencing, filed by the defendant, Montell V. Williams, on March 17, 2016. (DE #95.) In his motion, the defendant, through counsel, requests "a full resentencing pursuant to 18 U.S.C. 3583(e) and 18 U.S.C 3553(a) thereby permitting the defendant to challenge all aspects of the defendant's original sentencing, including renewed and additional objections to the PSR." (*Id*. at 3.) On April 15, 2016, the Government filed a response stating, "[w]ithout conceding that the facts or law presented support Defendant's request, the government states that it has no objection to a full resentencing being conducted in this particular case." (DE #100.) After due consideration, and noting that the Government has no objection to the defendant's request, the Court **GRANTS** the motion. **This matter is set for a full resentencing hearing on July 12, 2016, at 1:00 P.M**.

DATED: April 19, 2016          /s/RUDY LOZANO, Judge
                               United States District Court