**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,     )  | |
|     Plaintiff     ) | |
|                                                    ) | |
| vs.     )     | CASE NO:  2:12 CR 144 |
|                                                    ) | |
| MONTELL WILLIAMS,     ) | |
|     Defendant     ) | |

## NOTICE OF APPEAL

Notice is hereby given that Montell Valentino Williams, Defendant in above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered in this action on the 30th day of August, 2016.

Respectfully submitted,

    /s/ Michael W. Bosch
Michael W. Bosch
Indiana Atty. No:  2852-45

3235 – 45th Street, Suite 301
Highland, IN  46322
(219) 972-2000
FAX:  (219) 838-1909
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on the 6th day of September, 2016, I electronically filed Notice of Appeal on behalf of Defendant Montell Williams the Clerk of the Court by using the CM/ECF system, which sent notification of such filing to the following:

    Jill Koster               jill.koster@usdoj.gov

      I further certify that I have caused the foregoing to be served by United States First Class Mail, postage prepaid, upon the following non CM/ECF participants:

    none

                                        /s/ Michael W. Bosch
                                        Counsel for
                                         Defendant Montell Williams