UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>MONTELL VALENTINO WILLIAMS<br><br>Defendant. | CASE NUMBER: 2:12CR144-001<br><br>USM Number: 12365-027<br><br>MICHAEL BOSH<br>DEFENDANT'S ATTORNEY |

### JUDGMENT IN A CRIMINAL CASE

**THE DEFENDANT** pleaded guilty to count 3 of the Superseding Indictment on January 9, 2013.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title, Section & Nature of Offense | Date Offense Ended | Count Number(s) |
|---|---|---|
| 18:2421 MANN ACT VIOLATION | February 2012 | 3s |

The defendant is sentenced as provided in pages 2 through 11 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
Counts 1, 2, 4 and 5 of the Superseding Indictment were previously dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

August 30, 2016
Date of Imposition of Judgment

s/ Rudy Lozano
Signature of Judge

Rudy Lozano, United States District Judge
Name and Title of Judge

August 31, 2016
Date

-FILED-

NOV 30 2016

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **120 months.**

The Court makes the following recommendations to the Bureau of Prisons:

 That the defendant be incarcerated in a federal facility as close to Chicago, Illinois as possible.

 That the defendant be given credit for time already served.

 That the defendant be allowed to participate in the mental health rehabilitation program.

 That the defendant be allowed to continue to participate in drug rehabilitation program.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered __11/4/14__ to __BC__ at __FCSCP GA__ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: __TMA A__
DEPUTY UNITED STATES MARSHAL