# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted February 16, 2017
Decided March 10, 2017

*Before*

RICHARD A. POSNER, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 16-3356

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, v. MONTELL V. WILLIAMS, *Defendant-Appellant*. | Appeal from the United States District Court for the Northern District of Indiana, Hammond Division. No. 2:12-cr-00144-RL-APR-1 Rudy Lozano, *Judge*. |

**ORDER**

The appeal is frivolous for reasons explained in the *Anders* brief. The appeal is therefore DISMISSED.

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 3, 2017

To:   Robert N. Trgovich
      UNITED STATES DISTRICT COURT
      Northern District of Indiana
      Hammond , IN 46320-0000

| No. 16-3356 | UNITED STATES OF AMERICA, <br> Plaintiff - Appellee <br><br> v. <br><br> MONTELL V. WILLIAMS, <br> Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:12-cr-00144-RL-APR-1 <br> Northern District of Indiana, Hammond Division <br> District Judge Rudy Lozano ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:        No record to be returned

This notice sent to:

[x]   United States Probation Officer

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                          **Received by:**

_____                    _____

form name: **c7_Mandate**(form ID: **135**)